[No. 16735. *En Banc.* January 2, 1923.]

J. H. RAFFERTY, *Appellant,* v. GEORGE A. GASTON, *Individually and as Administrator etc., Respondent.*[1]

Appeal from a judgment of the superior court for Thurston county, Wright, J., entered August 9, 1921, upon findings in favor of the defendant, in an action on contract, tried to the court. Affirmed.

*James A. Dougan,* for appellant.
*Vance & Christensen,* for respondent.

ON REHEARING.

PER CURIAM.—This cause was reargued before the court *En Banc,* on December 6, 1922. Deeming ourselves fully advised in the premises, and a majority of the judges being of the opinion that the cause was correctly disposed of by the decision of Department One, reported in 118 Wash. 689, 204 Pac. 595, the judgment is affirmed for the reasons therein stated and as therein directed.

[1]Reported in 211 Pac. 766.